

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

September 9, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Maddy v. Fringe Salon Inc., 1:22-cv-5958-LGS</u>

To the Honorable Judge Schofield,

    Plaintiff submits this letter-motion tan adjournment of the initial pretrial conference, currently scheduled for September 14, 2022. Plaintiff has yet to effectuate service upon the Defendant herein, despite numerous attempts to do so. Plaintiff will continue its efforts to diligently and swiftly serve the Defendant with the action. As such, Plaintiff respectfully requests that the initial pretrial be adjourned to October 19, 2022 to allow time for service to be effectuated and for the Defendant to appear. If Defendant does not appear in the action leading up to the new conference date, Plaintiff will move for a default judgment in accordance with Your Honor's rules.

    Plaintiff thanks the court for its attention and consideration to this matter.

    **Respectfully,**

    <u>**/s/ Mars Khaimov**</u>

**Application GRANTED in part.  Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by October 11, 2022, the case will be dismissed.**

**The initial pretrial conference scheduled for September 14, 2022, is adjourned to October 12, 2022, at 4:00 P.M.  At that time, the parties shall dial 888-363-4749 and use access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to October 5, 2022, at 12:00 P.M.**

Dated: September 9, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE