UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY,
                              Plaintiff,

                     -against-

FRINGE SALON INC.,
                              Defendant.
------------------------------------------------------------X

22 Civ. 5958 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated September 9, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for October 12, 2022;

    WHEREAS, Defendant was served on September 27, 2022;

    WHEREAS, Defendant is required to respond to the Complaint by October 18, 2022;

    WHEREAS, Defendant has yet not appeared in this case and has not timely responded to the Complaint;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 11, 2022,** and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, no later than **October 11, 2022**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for

default judgment as to Defendant and related papers as provided in the Court's Individual Rules. It is further

>ORDERED that the initial pretrial conference scheduled for October 12, 2022, is adjourned to **October 19, 2022, at 4:00 P.M.**

Dated: October 6, 2022
      New York, New York

                                    LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE