

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

October 11, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:    <u>Re: Maddy v. Fringe Salon Inc., 1:22-cv-5958-LGS</u>

To the Honorable Judge Schofield,

    Plaintiff submits this letter-motion in response to the Court's Order dated October 6, 2022 (Dkt. No. 10). As Defendant has not appeared herein thus far, nor has Plaintiff been in communication with the Defendant, Plaintiff respectfully request a thirty (30) day adjournment of the initial pretrial status conference, currently scheduled for October 19, 2022. The proposed new date is November 21, 2022.

    Further, Defendant's time to answer or respond to the action expires on October 18, 2022. As such, if no response is received by then, Plaintiff requests a date of November 18, 2022 to move for a default judgment in accordance with Your Honor's Individual Rules.

    Plaintiff thanks the court for its attention and consideration to this matter.

    Respectfully submitted,

    /s/ Mars Khaimov
    *Attorneys for Plaintiff*

Application **GRANTED** in part. The initial pretrial conference scheduled for October 19, 2022, is adjourned to **November 23, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **November 16, 2022, at 12:00 P.M.** If Defendant does not appear in the action leading up to the new conference date, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules by **November 18, 2022**.

Dated: October 12, 2022
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE