UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VERONICA MADDY,                                             :
                                        Plaintiff,          :
                                                            :     22 Civ. 5958 (LGS)
              -against-                                     :
                                                            :     ORDER
FRINGE SALON INC.,                                          :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served on September 27, 2022, and has not appeared in this action;

WHEREAS, Plaintiff started the default judgment procedure, pursuant to the Order dated October 12, 2022.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for November 23, 2022, at 4:00 P.M. is CANCELLED.

Dated: November 21, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE