UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                   :

VERONICA MADDY,               :

                Plaintiff,   :

                              :            22 Civ. 5958 (LGS)

           -against-       :

                              :               ORDER

FRINGE SALON INC.,         :

                Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Order dated October 12, 2022, if Defendant did not appear in the action leading up to the initial pretrial conference scheduled for November 23, 2022, Plaintiff was to file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules by November 18, 2022;

      WHEREAS, Defendant has not appeared;

      WHEREAS, on November 18, 2022, Plaintiff filed a proposed Clerk's Certificate of Default and accompanying affirmation.  Plaintiff has not filed a proposed order to show cause for default judgment or supporting papers required by the Court's Individual Rules.  It is hereby

      **ORDERED** that if Plaintiff seeks default judgment, she shall file the required materials by **December 21, 2022**.  Otherwise, the case may be dismissed for failure to prosecute.

Dated:  December 15, 2022
       New York, New York

                                     LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE