UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                              :

VERONICA MADDY,                 :

                   Plaintiff,    :                22 Civ. 5958 (LGS)

             -against-       :

                              :                ORDER

FRINGE SALON INC.,         :

                 Defendant.  :

                              :

-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated January 9, 2023, Plaintiff was directed to serve a

copy of the order to show cause and default judgment papers upon Defendant by January 18,

2023;

       WHEREAS, no proof of service was filed on the docket.  It is hereby

       **ORDERED** that Plaintiff shall file proof of service on the docket by **January 20, 2023**.

Dated: January 19, 2023
      New York, New York

                                    **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**