```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  VERONICA MADDY,                                            :
                                      Plaintiff,             :
                                                             :   22 Civ. 5958 (LGS)
                -against-                                    :
                                                             :       ORDER
  FRINGE SALON INC.,                                         :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Order dated January 9, 2023, Plaintiff was directed to serve a copy of the order to show cause and default judgment papers upon Defendant by January 18, 2023;

WHEREAS, pursuant to the Order dated January 19, 2023, Plaintiff was directed to file proof of service on the docket by January 20, 2023;

WHEREAS, no proof of service has been filed on the docket.  It is hereby

**ORDERED** that Plaintiff shall file proof of service on the docket by **January 24, 2023, at 12:00 P.M.**  If a copy of the order to show cause and default judgment papers were not served upon Defendant by January 18, 2023, Plaintiff shall file a letter stating so, and the order to show cause hearing scheduled for January 25, 2023, at 4:00 P.M. will be adjourned.

Dated: January 23, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**